# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVE WYNN, an individual,

　　　　Plaintiff(s),

vs.

LISA BLOOM, an individual; and THE BLOOM FIRM, a California Professional Corporation,

　　　　Defendant(s).

Case # 2:18-cv-00609-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

　　　　Jay M. Wolman　　　　, Petitioner, respectfully represents to the Court:
　　(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

　　　　Randazza Legal Group, PLLC
　　　　　　　(firm name)

with offices at　　　　100 Pearl Street 14th Floor　　　　,
　　　　　　　　　　　(street address)

　　Hartford　　,　　Connecticut　　,　　06103　　,
　　(city)　　　　　　(state)　　　　　(zip code)

　　(702) 420-2001　　,　　ecf@randazza.com
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

　　Lisa Bloom; The Bloom Firm　　　　to provide legal representation in connection with
　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/28/2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Connecticut (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (See Attached List) | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Only the official bar associations of the states in which I am licensed to practice law.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

N/A

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Connecticut ~~Wyoming~~  )
COUNTY OF Hartford  )

Jay M. Wolman, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 31st day of July, 2019.

_____
Notary Public or Clerk of Court

CASEY GAFFNEY
Notary Public
Connecticut
My Commission Expires Apr 30, 2021

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Ronald D. Green_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2764 Lake Sahara Drive Suite 109
(street address)

Las Vegas , Nevada , 89117
(city)           (state)        (zip code)

(702) 420-2001 , ecf@randazza.com
(area code + telephone number)  (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Ronald D. Green _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Lisa Bloom
(type or print party name, title)

_____
(party's signature)

The Bloom Firm
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7360                         ecf@randazza.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Jay M. Wolman

Federal Court Admissions

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of the United States | 06/20/2005 | Yes |
| U.S. Court of Appeals for the First Circuit | 05/04/2009 | Yes |
| U.S. Court of Appeals for the Second Circuit | 11/14/2012 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 02/11/2019 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 10/04/2018 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 10/16/2017 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 08/09/2018 | Yes |
| U.S. District Court for the District of Connecticut | 01/14/2013 | Yes |
| U.S. District Court for the District of Massachusetts | 11/16/2006 | Yes |
| U.S. District Court for the District of Columbia | 11/03/2003 | Yes |
| U.S. District Court for the Eastern District of New York | 01/08/2016 | Yes |
| U.S. District Court for the Southern District of New York | 01/08/2016 | Yes |
| U.S. District Court for the Western District of New York | 04/19/2017 | Yes |

# State of Connecticut

# Supreme Court

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at **New Britain** on the **28th** day of **September, 2012**

**Jay Marshall Wolman**

of

**West Hartford, Connecticut**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **July 23, 2019**

Carolyn C. Ziogas
*Chief Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Jay Marshall Wolman*

was duly qualified and admitted on September 14, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 15, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **July** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

## Jay Marshall Wolman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **July** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jay Marshall Wolman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 28th day of March 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on July 22, 2019.



*Aprilanne Agostino*
Clerk of the Court