TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

L. LIN WOOD, ESQ. (*pro hac vice*)
lwood@linwoodlaw.com
NICOLE JENNINGS WADE, ESQ. (*pro hac vice*)
nwade@linwoodlaw.com
JONATHAN D. GRUNBERG, ESQ. (*pro hac vice*)
jgrunberg@linwoodlaw.com
G. TAYLOR WILSON, ESQ. (*pro hac vice*)
twilson@linwoodlaw.com
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2040
Atlanta, Georgia 30309
Telephone: 404.891.1402
Facsimile: 404.506.9111

*Attorneys for Plaintiff Steve Wynn*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE WYNN, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>LISA BLOOM, an individual; and THE BLOOM FIRM, a California Professional Corporation,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00609-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE SET FORTH IN ORDER RE: COMPLETION OF AUTHORIZED DISCOVERY AND BRIEFING SCHEDULE ON RENEWED ANTI-SLAPP MOTION [ECF NO. 49]**<br><br>**[First Request]** |

　　　　Plaintiff Steve Wynn ("**Mr. Wynn**"), by and through his attorneys of record, Tamara Beatty Peterson, Esq. and Nikki L. Baker, Esq., of Peterson Baker, PLLC, and L. Lin Wood, Esq., Nicole Jennings Wade, Esq., Jonathan D. Grunberg, Esq., and G. Taylor Wilson, Esq., of L. Lin Wood, P.C., and Defendants Lisa Bloom and The Bloom Firm (collectively, the "**Bloom Defendants**"), by and through their attorneys of record, Marc J. Randazza, Esq., Ronald D. Green, Esq., and Alex

J. Shepard, Esq., of the Randazza Legal Group, PLLC, hereby agree and stipulate, subject to the Court's approval, as follows:

1. On May 5, 2019, the Court entered an order granting, in part, and denying, in part, Mr. Wynn's Motion for Discovery to Respond to Defendants' Special Motion to Dismiss Pursuant to NRS 41.660 (the "**Discovery Order**"). *See* ECF No. 45.

2. In the Discovery Order, the Court ordered the Parties to "submit a proposed schedule for completion of the authorized discovery, together with a briefing schedule on Defendants' Renewed Motion to Dismiss Pursuant to NRS 41.660 (ECF No. 36)." *See* ECF No. 45 at 11:2-4.

3. On May 17, 2019, the Court entered an Order approving the proposed stipulation of the Parties, which set forth deadlines for completion of discovery and a briefing schedule. *See* ECF No. 49.

4. Among other deadlines, the Order stated that "Mr. Wynn shall file and serve his response in opposition to the Renewed anti-SLAPP Motion on or before twenty-one (21) days following the completion of the above-described discovery, and in any event no later than August 30, 2019," and that "[t]he Bloom Defendants shall file and serve their reply in support of the Renewed anti-SLAPP Motion fourteen (14) days after service of Mr. Wynn's response." (*Id.* at ¶7).

5. Mr. Wynn requested, and the Bloom Defendants agreed to, a short extension of the above briefing deadlines in order to accommodate the schedule of Mr. Wynn's counsel. Mr. Wynn, in turn, proposed to the Bloom Defendants that they may have additional time to file and serve their reply brief.

6. The Parties agree and propose that the deadlines be extended for the Renewed anti-SLAPP Motion as follows:

   a. Mr. Wynn shall file and serve his response in opposition to the Renewed anti-SLAPP Motion on or before September 13, 2019; and

   b. The Bloom Defendants shall file and serve their reply in support of the Renewed anti-SLAPP Motion on or before October 11, 2019.

///

7. The Parties respectfully submit that good cause exists for the Court to approve this Stipulation.

Respectfully submitted this 15th day of August, 2019.

| PETERSON BAKER, PLLC | RANDAZZA LEGAL GROUP, PLLC |
|---|---|
| By: /s/ Nikki L. Baker<br>TAMARA BEATTY PETERSON ESQ.<br>Nevada Bar No. 5218<br>NIKKI L. BAKER, ESQ., Bar No. 6562<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br><br>L. LIN WOOD, ESQ.<br>*(Admitted Pro Hac Vice)*<br>NICOLE JENNINGS WADE, ESQ.<br>*(Admitted Pro Hac Vice)*<br>JONATHAN D. GRUNBERG, ESQ.<br>*(Admitted Pro Hac Vice)*<br>G. TAYLOR WILSON, ESQ.<br>*(Admitted Pro Hac Vice)*<br>L. LIN WOOD, P.C<br>1180 West Peachtree Street, Suite 2040<br>Atlanta, Georgia 30309<br><br>*Attorneys for Plaintiff Steve Wynn* | By: /s/ Marc J. Randazza<br>MARC J. RANDAZZA, ESQ.<br>Nevada Bar No. 12265<br>RONALD D. GREEN, ESQ.<br>Nevada Bar No. 7360<br>ALEX J. SHEPARD, ESQ.<br>Nevada Bar No. 13582<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117<br>Telephone: 702.420.2001<br>Facsimile: 305.437.7662<br>ecf@randazza.com<br><br>*Attorneys for Defendants Lisa Bloom and The Bloom Firm* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 20, 2019

2