UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVE WYNN, | Case No. 2:18-CV-609 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LISA BLOOM, et al., | |
| Defendant(s). | |

It has recently come to the court's attention that attorney Jay Marshall Wolman—admitted *pro hac vice* in this case—was formally reprimanded in an unrelated state court case in Connecticut on January 28, 2022. (ECF No. 97). Mr. Wolman is admitted to practice in Massachusetts, Connecticut, New York, the District of Columbia, and several other jurisdictions *pro hac vice*; he does not have any prior disciplinary history in any of these jurisdictions.

The formal reprimand issued by the Connecticut state court held, by clear and convincing evidence, that Mr. Wolman committed violations of Connecticut rules of professional conduct 4.3 (dealing with an unrepresented person) and 3.5(4) (impartiality and decorum) during the deposition of a witness. (*Id.* at 2).

Mr. Wolman dutifully complied with his obligations under Local Rule IA 11-7(c) to report this reprimand to this court, and Chief Judge Du deferred to the presiding judge in the case "as to whether any disciplinary action should be taken against Attorney Wolman under LR IA 11-7(g)(1) or otherwise." (*Id.* at 1).

The court determines that no additional disciplinary action against Mr. Wolman is warranted. The court advises Mr. Wolman, however, to ensure he is well-acquainted with

**James C. Mahan**
**U.S. District Judge**

the rules of professional conduct in this jurisdiction, and that if he should engage in similar, or other, unethical practices in legal proceedings before this court, he will be subject to disciplinary measures pursuant to LR IA 11-7 or otherwise.

IT IS SO ORDERED.

DATED March 10, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**