Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

Tamara Beatty Peterson, Esq., Bar No. 5218
tpeterson@petersonbaker.com
Nikki L. Baker, Esq., Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.786.1001

*Attorneys for Plaintiff Steve Wynn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE WYNN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LISA BLOOM, an individual; and THE BLOOM FIRM, a California Professional Corporation, <br><br> Defendants. | CASE NO. 2:18-cv-00609-JCM-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

1

Plaintiff Steve Wynn (hereinafter "Mr. Wynn") and Defendants Lisa Bloom and The Bloom Firm (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that all claims brought by all parties in the above entitled action shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 19, 2022.

Respectfully submitted,

By: */s/ Todd L. Bice*
    Todd L. Bice, Esq., #4534
    Debra L. Spinelli, Esq., #9695
    Emily A. Buchwald, Esq. #13442
    PISANELLI BICE PLLC

    Tamara Beatty Peterson, Esq., #5218
    Nikki L. Baker, Esq., #6562
    PETERSON BAKER, PLLC

*Attorneys for Plaintiff, Steve Wynn*

Dated: May 19, 2022.

Respectfully submitted,

By: */s/ Arick Fudali*
    Lisa Bloom, Esq. (admitted *pro hac vice*)
    Arick Fudali, Esq. (admitted *pro hac vice*)

    Marc J. Randazza, Esq., #12265
    Ronald D. Green, Esq., #7360
    Jay M. Wolman, Esq. (admitted *pro hac vice*)
    Alex J. Shepard, Esq., #13582
    RANDAZZA LEGAL GROUP, PLLC

*Attorneys for Defendants, Lisa Bloom and The Bloom Firm*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

CASE NO. 2:18-cv-00609-JCM-NJK

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101